# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 12-1334          **Short Title:** Eleanor McCullen, et al. v. Martha Coakley, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Eleanor McCullen, Jean Blackburn Zarrella, Eric Cadin, Gregory Smith, Mark Bashour, Nancy Clark, Cyril Shea  as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          April 4, 2012
Signature                                                 Date

Michael J. DePrimo
_____
Name

_____          203.893.9393
Firm Name (if applicable)                       Telephone Number

778 Choate Ave.                                        203.281.1496
Address                                                    Fax Number

Hamden, CT 06518                                   michaeldeprimo@gmail.com
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 74378

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes  Court of Appeals No. 08-2310; 03-2389; 00-2492

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2012 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Kenneth W. Salinger, Esq.
Assistant Attorney General
Administrative Law Division
One Ashburton Place
Boston, MA  02108

Attorney for Defendants/Appellees

s/ Michael J. DePrimo