# United States Court of Appeals
## For the First Circuit

## DOCKETING STATEMENT

**No.** 12-1334        **Short Title:** Eleanor McCullen, et al. v. Martha Coakley, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 02/22/2012
   2. Date this notice of appeal filed 03/19/2012
      If cross appeal, date first notice of appeal filed n/a
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
   4. Date of entry of order deciding above post-judgment motion n/a
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
      Time extended to n/a

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes [ ] No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes [ ] No
         If yes, explain

C. Has this case previously been appealed? [✓] Yes [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Eleanor McCullen, et al. v. Martha Coakley, No. 08-2310. Order affirmed, rehearing denied.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Martha Coakley
      Attorney Kenneth W. Salinger
      Address Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108
      Telephone 617.963.2075

   2. Adverse party Daniel F. Conley
      Attorney Kenneth W. Salinger
      Address Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108
      Telephone 617.963.2075

   3. Adverse party Mark G. Mastroianni
      Attorney Kenneth W. Salinger
      Address Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108
      Telephone 617.963.2075

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Eleanor McCullen
      Address 97 Essex Road, Chestnut Hill, MA 02467-1316
      Telephone 617.734.1502

      Attorney's name Michael J. DePrimo
      Firm
      Address 778 Choate Ave., Hamden, CT 06518
      Telephone 203.893.9393

   2. Appellant's name Jean Blackburn Zarrella
      Address 1200 Salem St., Apt. 187, Lynnfield, MA 01940-1591
      Telephone 978.532.6317

      Attorney's name Michael J. DePrimo
      Firm
      Address 778 Choate Ave., Hamden, CT 06518
      Telephone 203.893.9393

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _/s/ Michael J. Aleo_

Date April 2, 2012

SUPPLEMENT TO DOCKETING STATEMENT

MCCULLEN V. COAKLEY
Court of Appeals No: 12-1334
District Court Case No. 1:08 CV-1006 JLT

F.

    4.    Adverse Party's Name: Joseph D. Early
           Attorney: Kenneth W. Salinger
           Address: Massachusetts Attorney General's Office, One Ashburton Place, Boston, MA 02108
           Telephone: 617.963.2075

G.    3.    Appellant's Name: Eric Cadin
           Address: Saint John's Seminary, 127 Lake Street, Brighton, MA 02135
           Telephone: 617.254.2610

           Attorney's Name: Michael J. DePrimo
           Firm:
           Address: 778 Choate Ave., Hamden, CT 06518
           Telephone: 203.893.9393

    4.    Appellant's Name: Gregory A. Smith
           Address: 19 Kristen Dr., Apt. 59, Stoughton, MA 02072
           Telephone: 781.571-9662

           Attorney's Name: Michael J. DePrimo
           Firm:
           Address: 778 Choate Ave., Hamden, CT 06518
           Telephone: 203.893.9393

    5.    Appellant's Name: Mark Bashour
           Address: 24 Main St, Apt D, Northborough, MA 01532
           Telephone: 508.393.4840

           Attorney's Name: Michael J. DePrimo
           Firm:
           Address: 778 Choate Ave., Hamden, CT 06518
           Telephone: 203.893.9393

    6.    Appellant's Name: Nancy Clark
           Address: 6 Midgley Ave., Worcester, MA 01602
           Telephone: 508.755.2728

        Attorney's Name: Michael J. DePrimo
        Firm:
        Address: 778 Choate Ave., Hamden, CT 06518
        Telephone: 203.893.9393

7.    Appellant's Name: Cyril Shea
        Address: 116 Forest Ridge Rd., West Springfield, MA 01089
        Telephone: 413.739.5339

        Attorney's Name: Michael J. DePrimo
        Firm:
        Address: 778 Choate Ave., Hamden, CT 06518
        Telephone: 203.893.9393

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2012 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Kenneth W. Salinger, Esq.
Assistant Attorney General
Administrative Law Division
One Ashburton Place
Boston, MA 02108

Attorney for Defendants/Appellees

/s/ Michael J. DePrimo