## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Eleanor McCullen et al v. Martha Coakley, et al.__

District Court Case No. __1:08-CV-10066__     District of Massachusetts

Date Notice of Appeal filed __03/19/2012__     Court of Appeals Case No. __12-1334__

Form filed on behalf of __Plaintiffs/Appellants__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __Transcript on Non-jury trial held 05/28/2008, Docket No.79 filed 12/16/2008 (facial challenge); Transcript of Bench Trial held 08/24/2011, Docket No.149 filed 10/05/2011 (as applied challenge).__

### TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Michael J. DePrimo__     Filer's Signature _/s/ Michael J. DePrimo_

Firm/Address __778 Choate Ave., Hamden, CT 06518__     Filer's Email address __michaeldeprimo@gmail.com__

Telephone number __(203) 893-9393__     Date mailed to court reporter __n/a__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)     SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2012 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Kenneth W. Salinger, Esq.
Assistant Attorney General
Administrative Law Division
One Ashburton Place
Boston, MA 02108

Attorney for Defendants/Appellees

/s/ Michael J. DePrimo