UNITED STATES COURT OF
APPEALS FOR THE FIRST CIRCUIT

ELEANOR McCULLEN, JEAN BLACKBURN
ZARRELLA, GREGORY A. SMITH, CARMEL
FARRELL, and ERIC CADIN Plaintiffs,

v.

Civil Action No. 12-1334

MARTHA COAKLEY, in her capacity as Attorney
General for the COMMONWEALTH OF
MASSACHUSETTS, Defendant.

### NOTICE OF APPEARANCE

Please note my appearance as Co-Counsel for the Plaintiffs in the above-entitled matter.

*[signature]*
PHILIP D. MORAN, ESQ.
265 Essex Street
Suite 202
Salem, MA 01970
(978) 745-6085
B.B.O.#: 353920

Dated: April 12, 2012