# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 12-1334       **Short Title:** McCullen, et al. v. Coakley, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Eleanor McCullen, Jean Zarrella, Eric Cadin, Gregroy Smith, Mark Bashour, Nany Clark, and Cyril Shea   as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_(signature)_                                        April 17, 2012
Signature                                            Date

Mark L. Rienzi
Name

(for identification only) The Catholic University of America, Columbus School of Law        202-319-4970
Firm Name (if applicable)                                                                    Telephone Number

3600 John McCormack Road, NE
Address                                              Fax Number

Washington, DC 20064                                 rienzi@law.edu
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 76233

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 08-2310

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.