# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-1334　　　　　　Short Title: McCullen, et al. v. Coakley, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Eleanor McCullen, Jean Zarrella, Eric Cadin, Gregory Smith, Mark Bashour, Nancy Clark, and Cyril Shea   as the

[✓] appellant(s)　　　　　[ ] appellee(s)　　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

_____　　May 21, 2012_____
Signature　　　　　　　　　　　　　　　Date

Edward C. DuMont_____
Name

Wilmer Cutler Pickering Hale and Dorr LLP　　(202) 663-6910_____
Firm Name (if applicable)　　　　　　　　　　　Telephone Number

1875 Pennsyvlania Avenue, N.W.　　　　　　　(202) 663-6363_____
Address　　　　　　　　　　　　　　　　　　　Fax Number

Washington, DC 20006　　　　　　　　　　　　edward.dumont@wilmerhale.com
City, State, Zip Code　　　　　　　　　　　　　Email (required)

Court of Appeals Bar Number: 38721_____

Has this case or any related case previously been on appeal?

[ ] No　　　　[✓] Yes　　Court of Appeals No. 08-2310_____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.