# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 12-1334　　　　**Short Title:** McCullen, et al. v. Coakley, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Eleanor McCullen, Jean Zarrella, Eric Cadin, Cyril Shea, Nancy Clark, Mark Bashour, Gregory Smith as the

[✓] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

*/s/ Todd C. Zubler*　　　　May 21, 2012
Signature　　　　　　　　　　Date

Todd C. Zubler
Name

Wilmer Cutler Pickering Hale and Dorr LLP　　(202) 663-6636
Firm Name (if applicable)　　　　　　　　　　　Telephone Number

1875 Pennsylvania Avenue, N.W.　　　　(202) 663-6363
Address　　　　　　　　　　　　　　　　Fax Number

Washington, D.C. 20006　　　　todd.zubler@wilmerhale.com
City, State, Zip Code　　　　　　Email (required)

Court of Appeals Bar Number: 104128

Has this case or any related case previously been on appeal?

[ ] No　　　　[✓] Yes　　Court of Appeals No. 08-2310

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.