# United States Court of Appeals
# for the First Circuit

No. 12-1334

———————

ELEANOR McCULLEN, et al.,
PLAINTIFFS-APPELLANTS,

v.

MARTHA COAKLEY, AS ATTORNEY GENERAL
FOR THE COMMONWEALTH OF MASSACHUSETTS, ET AL.,
DEFENDANTS-APPELLEES,

———————

ON APPEAL FROM A FINAL JUDGMENT OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

———————

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR
FILING APPELLEES' BRIEF BY TWO WEEKS**

———————

Attorney General Martha Coakley and the other appellees respectfully request a thirteen-day extension, to and including July 3, 2012, to file their brief. This case involves a constitutional challenge to a Massachusetts statute that limits access to "buffer zones" around the entrances to reproductive health care facilities. The requested extension is needed to permit the Attorney General for the Commonwealth of Massachusetts to brief them properly.

Appellants' counsel, Mark Rienzi, assented to this motion by email on June 4, 2012. No party will be unfairly prejudiced by the requested extension.

As grounds for this motion, Appellees' counsel states that other professional commitments prevent him from completing Appellees' brief by the current deadline of June 20, 2012.  Those commitments include, but are not limited to:  (i) preparing for and on June 7, 2012, participating in oral argument before this Court in *KG Urban Enterprises, LLC v. Patrick*, concerning a constitutional challenge to part of the Massachusetts gaming statutes; (ii) preparing for and on June 6, 2012, participating in oral argument before this Court in *Hightower v. Davis*, no. 11-2281, concerning a constitutional challenge to the Massachusetts gun licensing statutes; and (iii) preparing for and on May 22, 2012, participating in order argument before the Norfolk Superior Court in *DiPiero v. Keenan*, no. NOCV2009-01101-A, concerning a separate constitutional challenge to the Massachusetts gun licensing statutes.

> MARTHA COAKLEY
> *ATTORNEY GENERAL OF MASSACHUSETTS*
>
> /s/ Kenneth W. Salinger
> Kenneth W. Salinger
> Assistant Attorney General
> Government Bureau
> One Ashburton Place
> Boston, MA  02108
> 617.963.2075
> ken.salinger@state.ma.us
> First Circuit Bar No. 24380

June 8, 2012

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system on June 8, 2012 and thus copies will be sent electronically by that system to counsel for all parties in the case, as follows:

Edward C. Dumont
Todd C. Zubler
Wilmer Cutler Picerking
   Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
202.663.6000
edward.dumont@wilmerhale.com
toddzubler@wilmerhale.com


Philip D. Moran
265 Essex Street, Suite 202
Salem, MA  01970
978.745.6085
philipmoranesq@aol.com

Mark L. Rienzi
The Catholic University of America
Columbus School of Law
3600 John McCormack Road, NE
Washington, DC  20064
202.319.5140
rienzi@law.edu


Michael J. DePrimo
778 Choate Avenue
Hamden, CT  06518
203.281.1496
michaeldeprimo@gmail.com


      /s/ Kenneth W. Salinger