# United States Court of Appeals
## For the First Circuit

No. 12-1334

ELEANOR MCCULLEN; GREGORY A. SMITH; ERIC CADIN; CYRIL SHEA; NANCY CLARK; MARK BASHOUR; JEAN BLACKBURN ZARRELLA

Plaintiffs - Appellants

NOREEN BEEBE; CARMEL FARRELL; DONALD GOLDEN

Plaintiffs

v.

MARTHA COAKLEY, Attorney General for the Commonwealth of Massachusetts; DANIEL F. CONLEY, in his official capacity as District Attorney for Suffolk County; JOSEPH D. EARLY, in his official capacity as District Attorney for Worcester County; MARK G. MASTROIANNI, in his official capacity as District Attorney for Hampden County

Defendants - Appellees

MICHAEL W. MORRISSEY, in his official capacity as District Attorney for Norfolk County

Defendant

**ORDER OF COURT**

Entered: June 11, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Martha Coakley, Daniel F. Conley, Joseph D. Early and Mark G. Mastroianni to file a brief be enlarged to and including **July 3, 2012**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Benjamin Wyman Bull
Michael J. DePrimo
Edward C. DuMont
Dwight Gerard Duncan
Philip D. Moran
Mark L. Rienzi
Kenneth Warren Salinger
Kevin H. Theriot
Gabrielle Viator
Todd Cornelius Zubler