

# United States Court of Appeals
## For the First Circuit

### REQUEST FOR REMOVAL FROM SERVICE LIST

Case No. 12-1334　　　　Short Title: McCullen, et al v. Coakley, et al

I wish to be removed from the service list as counsel for *(please list names of all parties represented, using additional sheet(s) if necessary)*: Eleanor McCullen, Jean Blackburn Zarrella, Gregory A. Smith, Carmel Farrell, and Eric Cadin.

[ ]　The party I represented below is not a party to the appeal.

[✓]　The party I represented below is a party to the appeal. An appearance has been entered in the Court of Appeals on behalf of said party by Attorney Mark L. Rienzi.

[ ]　The party I represented below is a party to the appeal. To date, no attorney has entered an appearance in the Court of Appeals on behalf of said party.

_____　　　　6/21/12
Signature　　　　　　　　　　　　　　　　Date

Kevin Theriot
Name

Alliance Defense Fund　　　　　　　　　913-685-8000
Firm Name (if applicable)　　　　　　　　Telephone Number

15192 Rosewood　　　　　　　　　　　　913-685-8001
Address　　　　　　　　　　　　　　　　Fax Number

Leawood, KS  66224　　　　　　　　　　ktheriot@telladf.org
City, State, Zip Code　　　　　　　　　　Email

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2012 JUN 25　P 12: 30

An attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, whether or not the attorney has entered an appearance in the Court of Appeals, until the attorney is relieved of such duty by the court. Procedures for withdrawal in criminal cases are found in Local Rule 46.6. For requirements applying to court-appointed counsel, reference is made to Local Rule 46.5(c), the Criminal Justice Plan of this Circuit.

No attorney who has entered an appearance in this court may withdraw without the consent of the court.

If your request is allowed, you will be notified. Until that time, you remain counsel of record.

This form may be emailed to FirstCircuitCourtOfAppeals@ca1.uscourts.gov, faxed to 617-748-9322 or mailed to U.S. Court of Appeals, 1 Courthouse Way, Suite 2500, Boston, MA 02210.