# United States Court of Appeals
## For the First Circuit

No. 12-1334

ELEANOR MCCULLEN; GREGORY A. SMITH; ERIC CADIN; CYRIL SHEA; NANCY CLARK; MARK BASHOUR; JEAN BLACKBURN ZARRELLA

Plaintiffs - Appellants

NOREEN BEEBE; CARMEL FARRELL; DONALD GOLDEN

Plaintiffs

v.

MARTHA COAKLEY, Attorney General for the Commonwealth of Massachusetts; DANIEL F. CONLEY, in his official capacity as District Attorney for Suffolk County; JOSEPH D. EARLY, in his official capacity as District Attorney for Worcester County; MARK G. MASTROIANNI, in his official capacity as District Attorney for Hampden County

Defendants - Appellees

MICHAEL W. MORRISSEY, in his official capacity as District Attorney for Norfolk County

Defendant

**NOTICE**

Issued: June 26, 2012

The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

Kevin H. Theriot

The following attorneys will continue to receive notice in this case:

Benjamin Wyman Bull
Michael J. DePrimo
Edward C. DuMont
Dwight Gerard Duncan
Philip D. Moran
Mark L. Rienzi

Kenneth Warren Salinger
Gabrielle Viator
Todd Cornelius Zubler

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Melinda Asiamah - (617) 748-4214

cc:
Benjamin Wyman Bull
Michael J. DePrimo
Edward C. DuMont
Dwight Gerard Duncan
Philip D. Moran
Mark L. Rienzi
Kenneth Warren Salinger
Kevin H. Theriot
Gabrielle Viator
Todd Cornelius Zubler