# United States Court of Appeals
## For the First Circuit

_____

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1334

Case Name: Eleanor McCullen, et al. v. Martha Coakley, Attorney General for the Commonwealth of Massachusetts, et al.

Date of Argument: November 7, 2012

Location of Argument:   [✓] Boston     [ ] Puerto Rico     [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellees Martha Coakley, AG; Daniel F. Conley, Suffolk DA; Joseph D. Early, Worcester, DA; Mark G. Mastroianni, Hampden DA; Michael W. Morrissey, Norfolk DA

Attorney Name: William W. Porter          First Circuit Bar No.: 15033

Phone Number: (617) 963-2976             Fax Number: (617) 727-5785

Email: Bill.Porter@state.ma.us

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____          9-28-12
(Signature)                              (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.