# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1334

Case Name: McCullen, et al. v. Coakley, et al.

Date of Argument: November 7, 2012

Location of Argument: [✓] Boston    [ ] Puerto Rico    [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
McCullen, et al., appellants

Attorney Name: Mark L. Rienzi         First Circuit Bar No.: 76233

Phone Number: 202-319-4970            Fax Number: 202-319-4459

Email: rienzi@law.edu

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____                    10/3/12
       (Signature)                                  (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.