

MARTHA COAKLEY
ATTORNEY GENERAL

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

November 6, 2012

Margaret Carter, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA  02210

      Re:    **Eleanor McCullen, et al. v. Martha Coakley, Attorney General for the Commonwealth of Massachusetts, et al., No. 12-1334**

Dear Ms. Carter:

     Pursuant to F.R.A.P. 28(j), the appellees bring to the Court's attention a pertinent and significant case that was decided after the appellees filed their brief. Oral argument in this appeal is November 7, 2012.

     In Marcavage v. City of New York, 689 F.3d 98 (2nd Cir. 2012), the Court held that a city policy setting a specific location for demonstrations near Madison Square Garden during the 2004 Republican National Convention was a reasonable time, place and manner restriction under the First Amendment. Plaintiffs were arrested for holding anti-abortion signs on a sidewalk in a "no demonstration zone" directly across Seventh Avenue from the primary entrance to the Garden. They challenged the policy because it permitted demonstrations only on Eighth Avenue starting at the southwest corner of the Garden. Id. at 102, 107. Plaintiffs argued that the demonstration zone "was not within 'sight and sound' of the intended audience" (i.e. convention delegates), and so was not an adequate alternative channel of communication for their protest. The Court disagreed, holding that, in the circumstances, a "demonstration zone one avenue from the primary entrance to the Garden was an ample alternative channel for protesters, such as Plaintiffs." Id. at 108.

Margaret Carter, Clerk of Court
United States Court of Appeals for the First Circuit
November 6, 2012
Page 2

The citation is pertinent to the argument in appellees Brief at pages 34-35.

Respectfully submitted,

/s/ William W. Porter

William W. Porter
Assistant Attorney General
First Circuit Bar No. 15033

Certificate of Filing and Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system on November 6, 2012 and thus copies will be sent electronically by that system to counsel for all parties in the case, as follows:

Edward C. Dumont
Todd C. Zubler
Wilmer Cutler Pickering
   Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
202.663.6000
edward.dumont@wilmerhale.com
toddzubler@wilmerhale.com

Philip D. Moran
265 Essex Street, Suite 202
Salem, MA  01970
978.745.6085
philipmoranesq@aol.com

Mark L. Rienzi
The Catholic University of America
Columbus School of Law
3600 John McCormack Road, NE
Washington, DC  20064
202.319.5140
rienzi@law.edu

Michael J. DePrimo
778 Choate Avenue
Hamden, CT  06518
203.281.1496
michaeldeprimo@gmail.com

/s/ William W. Porter