# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

March 26, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:   Eleanor McCullen, et al.
            v. Martha Coakley, Attorney General of Massachusetts, et al.
           No. 12-1168
           (Your No. 12-1334)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 25, 2013 and placed on the docket March 26, 2013 as No. 12-1168.

Sincerely,

**William K. Suter**, Clerk

by

Redmond K. Barnes
Case Analyst