# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 24, 2013

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Eleanor McCullen, et al.
           v. Martha Coakley, Attorney General of Massachusetts, et al.
           No. 12-1168
           (Your No. 12-1334)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

                                     Sincerely,

                                       */s/ William K. Suter*

                                     **William K. Suter**, Clerk