OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 21, 2013

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: 12-1334 McCullen, et al v. Coakley, et al
    1:08-cv-10066-JLT

Dear Clerk Harris:

    I am writing in regard to the above referenced case. Per your request, enclosed please find certified copy of the First Circuit docket sheet, the joint appendix filed in the Court of Appeals. All other filings are available electronically through PACER. There are no sealed or confidential pleading in this case. By separate letter dated November 20, 2013, the District Court for the District of Massachusetts was instructed to forward the original record to your office.

    Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

Sincerely,
Dennis O'Leary
Case Manager Supervisor
U.S. Court of Appeals
for the First Circuit
(617) 748-9067

Enclosure

cc:
Benjamin Wyman Bull
Michael J. DePrimo
Edward C. DuMont
Dwight Gerard Duncan
Philip D. Moran
William W. Porter
Mark L. Rienzi
Gabrielle Viator
Todd Cornelius Zubler