# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 27, 2013

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Eleanor McCullen, et al.
v. Martha Coakley, Attorney General of Massachusetts, et al.
Application No. 13A543
(Your No. 12-1334)

Dear Clerk:

The application for an extension of time within which to file a reply brief in the above-entitled case has been presented to Justice Breyer, who on November 27, 2013 extended the time to and including December 20, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Denise McNerney
Merits Case Clerk

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Mark L. Rienzi
Catholic University of America
Columbus School of Law
3600 John McCormack Road, NE
Washington, DC 20064


Ms. Jennifer Grace Miller
Assistant Attorney General
One Ashburton Place
Boston, MA 02108


Mr. William W. Porter
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USMS SCREENED

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1R
0000012042    $ 00.46⁰
DEC 02 2013
MAILED FROM ZIPCODE 20543