# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 28, 2014

Clerk
United States Court of Appeals
 for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts  02210

      Re:  Eleanor McCullen, et al.
           v.  Martha Coakley, Attorney General of Massachusetts, et al.
           No. 12-1168   (Your docket No. 12-1334)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                      Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                      By *Elizabeth Brown*

                                      Elizabeth Brown
                                      Judgments/Mandates Clerk

Enc.
cc:     Mark L. Rienzi, Esq.
        Jennifer G. Miller, Esq.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 28, 2014

Mr. Mark L. Rienzi
Catholic University of America
Columbus School of Law
3600 John McCormack Road, NE
Washington, DC 20064

Re: **Eleanor McCullen, et al.**
**v. Martha Coakley, Attorney General of Massachusetts, et al.**
**No. 12-1168**

Dear Mr. Rienzi:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $10,309.03 |
| **Clerk's costs:** | 300.00 |
| **Total costs:** | $10,609.03 |

This amount may be collected from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

cc: Jennifer G. Miller, Esq.
Clerk, USCA for the First Circuit
(Your docket No. 12-1334)

# Supreme Court of the United States

No.     12-1168

**ELEANOR McCULLEN, ET AL.,**

Petitioners

v.

**MARTHA COAKLEY,
ATTORNEY GENERAL OF MASSACHUSETTS, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Eleanor McCullen, et al. recover from Martha Coakley, Attorney General of Massachusetts, et al. Ten Thousand Six Hundred Nine Dollars and Three Cents ($10,609.03) for costs herein expended.

June 26, 2014

**Printing of record:**     $10,309.03
**Clerk's costs:**            300.00
**Total:**                  $10,609.03



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp